**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7500**

RICHARD S. FETT,

Plaintiff - Appellant,

versus

P. A. TERRANGI, Indian Creek Correctional
Center and in their individual and official
capacity; MONICIA PORCHER, Indian Creek
Correctional Center and their individual and
official capacity; JOHNNY JONES, Indian Creek
Correctional Center and in their individual
and official capacity; S. GOYNES, Indian Creek
Correctional Center and in their individual
and official capacity; ANNA POWERS, in their
individual and official capacity,

Defendants - Appellees,

and

CHARLES E. THOMPSON, Staunton Correctional
Center and in their individual and official
capacity; MAGGIE N. REDMOND, Staunton
Correctional Center and in their individual
and official capacity; ROBERT W. BYRD,
Staunton Correctional Center and in their
individual and official capacity; JAMES
BROCKINGTON, JR., Indian Creek Correctional
Center and in their individual and official
capacity; C. WASHINGTON, Indian Creek
Correctional Center and in their individual
and official capacity,

Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria, T. S. Ellis, III, District Judge (CA-02-271-AM), and at Norfolk, Jerome B. Friedman, District Judge (CA-02-805-2).

———————

Submitted:  February 27, 2004          Decided:  April 2, 2004

———————

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard S. Fett, Appellant Pro Se.  Christopher Garrett Hill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard S. Fett appeals the orders of the district court denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED